**Cherri Ell PHILLIPS, Plaintiff–Appellant,**

v.

**WELLS FARGO BANK, National Association, as Trustee Under Pooling and Servicing Agreement dated as of August 1, 2006 Securitized Asset–Backed**

Receivables LLC Trust 2206–HE1 Mortgage Pass–Through Certificates, Series 2006–HE1; Ocwen Loan Servicing, LLC; Homeq Servicing, Defendants–Appellees,

Jeffrey Nadel, Substitute Trustee; Scott Nadel, Substitute Trustee, Trustees–Appellees.

No. 13–1858.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2013.

Decided: Nov. 25, 2013.

Cherri Ell Phillips, Appellant Pro Se. Christopher Michele Corchiarino, Joseph Wolf, Goodell Devries Leech & Dann, LLP, Baltimore, Maryland, for Appellees.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cherri Ell Phillips appeals the district court's order granting the motion to dismiss of Ocwen Loan Servicing, LLC, and Wells Fargo Bank and dismissing her complaint against all Defendants as barred by the doctrine of res judicata. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Phillips v. Wells Fargo Bank Nat'l Ass'n*, No. 1:13–cv–00973–JFM (D. Md. June 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*